**Lynton BALLENTINE, Plaintiff-Appellant,**

v.

**JAMES B. NUTTER & COMPANY; Hutchens Law Firm, LP; Jonathan Caleb Rogers; Shann Rose Schmidt; Claire Collins; North Carolina Housing Finance Agency; Holly Robinson; Surety Insurance Company; Karen Bumgardner, Defendants-Appellees.**

No. 16-1674

United States Court of Appeals, Fourth Circuit.

Submitted: November 17, 2016

Decided: November 21, 2016

Lynton Ballentine, Appellant Pro Se. Brian D. Boone, Alston & Bird, LLP,

Charlotte, North Carolina; Lacey Meredith Moore, Hutchens Law Firm, Charlotte, North Carolina; Kacy Lynn Hunt, North Carolina Department of Justice, Raleigh, North Carolina; Elizabeth C. Stone, Williams Mullen, Raleigh, North Carolina, for Appellees.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lynton Ballentine appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ballentine v. James B. Nutter & Co.</u>, No. 3:15–cv–00496–FDW–DSC, 2016 WL 3095224 (W.D.N.C. June 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED